CHIEF JUSTICE
  CAROLYN WRIGHT

JUSTICES
  DAVID L. BRIDGES
  MOLLY FRANCIS
  DOUGLAS S. LANG
  ELIZABETH LANG-MIERS
  ROBERT M. FILLMORE
  LANA MYERS
  DAVID EVANS
  ADA BROWN
  CRAIG STODDART
  BILL WHITEHILL
  DAVID J. SCHENCK
  JASON BOATRIGHT



**Court of Appeals**
**Fifth District of Texas at Dallas**

600 COMMERCE STREET, SUITE 200
DALLAS, TEXAS 75202
(214) 712-3400

LISA MATZ
CLERK OF THE COURT
(214) 712-3450
theclerk@5th.txcourts.gov

GAYLE HUMPA
BUSINESS ADMINISTRATOR
(214) 712-3434
gayle.humpa@5th.txcourts.gov

FACSIMILE
(214) 745-1083

INTERNET
WWW.TXCOURTS.GOV/5THCOA.ASPX

March 27, 2018

Honorable Michael Chitty
Presiding Judge
422nd Judicial District Court
Kaufman County Courthouse
100 W. Mulberry
Kaufman, TX 75142

**STATUS INQUIRY**

RE:     Court of Appeals Number:     05-17-00786-CR
        Trial Court Case Number:     16-90142-422-F
        Style:  Steven Wayne Simmons v. The State of Texas

Dear Judge Chitty:

Appellant's brief was due November 15, 2017.  On February 8, 2018, we abated this appeal for a hearing on why appellant's brief has not been filed.  A copy of that order is enclosed for your convenience. To date, we have not received the record of the hearing, any findings of fact, or orders.  Please inform the Court, **within TEN DAYS of the date of this letter,** of the status of the hearing.  We appreciate your attention to this matter

                    Respectfully,

                    /s/ Lisa Matz, Clerk of the Court

    LM/cg
    Enclosures